UNITED STATES DISTRICT COURT       24CR71 JRT/ECW
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 924(d)(1) |
| JAMES EDWARD STUCKY, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| Defendant. | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent to Distribute Methamphetamine, Fentanyl, and Cocaine – Acker Street)

On or about December 4, 2023, in the State and District of Minnesota, the defendant,

**JAMES EDWARD STUCKY**,

did unlawfully, knowingly, and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and 500 grams or more of a mixture and substance containing a

SCANNED
MAR 13 2024
U.S. DISTRICT COURT MPLS

detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2
(Felon in Possession of a Firearm)

On or about December 4, 2023, in the State and District of Minnesota, the defendant,

**JAMES EDWARD STUCKY**,

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| 2nd Degree Assault with Dangerous Weapon | Ramsey County, MN | March 5, 1996 |
| 1st Degree Criminal Sexual Conduct | Ramsey County, MN | July 24, 1996 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Smith & Wesson model M&P .40 caliber pistol bearing serial number DUF8623, in violation of Title 18, United States Code, Sections 922(g)(l) and 924(a)(8).

## COUNT 3
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about December 4, 2023, in the State and District of Minnesota, the defendant,

**JAMES EDWARD STUCKY**,

did knowingly possess a firearm, that is, a Smith & Wesson model M&P .40 caliber pistol bearing serial number DUF8623, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, as alleged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4
(Possession with Intent to Distribute Methamphetamine – Charles Avenue)

On or about December 4, 2023, in the State and District of Minnesota, the defendant,

**JAMES EDWARD STUCKY**,

did unlawfully, knowingly, and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 5
(Possession with Intent to Distribute
Methamphetamine, Fentanyl and Cocaine – on Defendant)

On or about December 4, 2023, in the State and District of Minnesota, the defendant,

**JAMES EDWARD STUCKY**,

*United States v. James Edward Stucky*

did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), and a mixture and substance containing a detectable amount of cocaine, all controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **FORFEITURE ALLEGATIONS**

Counts 1 through 5 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

### Drug Forfeiture

If convicted of Count 1, Count 4, or Count 5, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to the Smith & Wesson model M&P .40 caliber pistol bearing serial number DUF8623 charged in Counts 2 and 3 of the Indictment.

*United States v. James Edward Stucky*

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

Firearm Forfeiture

If convicted of Count 2 or 3 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories, or ammunition involved in or used in connection with the violation, including but not limited to the Smith & Wesson model M&P .40 caliber pistol bearing serial number DUF8623, and ammunition and accessories seized therewith.

A TRUE BILL

_____  _____
UNITED STATES ATTORNEY           FOREPERSON